**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00263-CV**
_____

**IN RE DAVID BROWN**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator David Brown filed a petition for writ of mandamus with this Court. A writ of mandamus may be issued to correct a clear abuse of discretion when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record and petition, we conclude that the relator has not demonstrated entitlement to mandamus relief. The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

1

Opinion Delivered June 27, 2013

Before Gaultney, Kreger, and Horton, JJ.